## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| **American Western Home Insurance Company,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **V.** | ) ) Case No. 08-6037-CV-SJ-JTM ) |
| **Bionic Real Estate Services, LLC, et al.,** | ) ) |
| **Defendants.** | ) |

## ORDER

Pursuant to the entry of the *Joint Stipulation Of Dismissal*, filed March 9, 2011 [Doc 247] it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**